UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

Case No: 3:16- CV-145-J-32MCR

SMART PHARMACY, INC.

  Plaintiff,

vs.

ALEXSO, INC.,

  Defendant.
_____/

**CONSENT NOTICE OF SETTLEMENT AND DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

  Plaintiff/Counter-defendant Smart Pharmacy, Inc. ("Plaintiff") and Defendant/Counterclaimant, Alexso, Inc., ("Defendant"), (Plaintiff and Defendant constituting the "Parties") through undersigned counsel, hereby advise the Court as follows:

  1. The Parties have reached a resolution of the issues raised by Plaintiff's Amended Complaint and Defendant's Counterclaim.

  2. As such, the Parties are herein filing this Notice of Settlement with the Court. The Parties are in the process of finalizing the Settlement Agreement and expect to have the Stipulation of Dismissal filed with the Court within thirty-one (31) days from the date of this filing.

  3. Moreover, pursuant to the Court's order (D.E. 46) Defendant's deadline to respond to Plaintiff's Amended Complaint is August 18, 2017.

  4. As the pending Court's deadlines are still in effect, Defendant seeks an extension of time of thirty-one (31) days for Defendant's to Respond to the Amended Complaint, while the Parties finalize settlement.

5.      Defendant's counsel has communicated with counsel for Plaintiff who has consented to the notice of settlement and is in agreement to the requested extension.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b), Fed. R. Civ. P., the Court, in its discretion, may enlarge the period for an act to be done if the request is made before the expiration of the originally prescribed period.  Here, this request is being made before the deadline to file a response to Plaintiff's Amended Complaint, and good cause exists to extend the deadline.  Moreover, no party will be prejudiced by the requested extension of time.

## LOCAL RULE 3.01(g)CERTIFICATION

Defendant's counsel certifies that she has conferred with counsel for Plaintiff, who has indicated that they do not object to the relief requested by the Motion. Plaintiff's counsel has agreed to an extension of time until September 18, 2017.

**WHEREFORE,** the Parties expect this matter to conclude and resolve within the next thirty-one (31) days (September 18, 2017) and in the interim, Defendant seeks an extension of time of thirty-one (31) days until September 18, 2017, to respond to the Amended Complaint.

/s/ *Capri Trigo*
Capri Trigo, FBN 0028564
Ctrigo@gordonrees.com
**GORDON & REES
SCULLY MANSUKHANI**
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone:  (305) 428-5323
Facsimile:   (877) 644-6209
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served by electronic notice on all counsel for parties of record reflected below.

                                        */s/ Capri Trigo*
                                        Capri Trigo, Esq.
                                        Florida Bar No. 0028564

## SERVICE LIST

### Case No: 3:16- CV-145-J-32MCR

## SERVICE LIST

H. Timothy Gillis
Florida Bar No.:0133876
Shutts & Bowen, LLP
1022 Park Street, Suite 308
Jacksonville, FL 32204
Telephone: (904) 647-6476
Facsimile: (904) 738-8640
E-Mail:tgillis@shutts.com

*ATTORNEYS FOR PLAINTIFF*